UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SCOTT LOVETT,

    Plaintiff,

v.                                                          Case No. 1:18-cv-618
                                                             Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: September 27, 2019                /s/ Ray Kent
                                               United States Magistrate Judge